An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
Appellant,
vs.
THE STATE OF NEVADA; GREG COX;
ROBERT LEGRAND; KATE
MARSHALL; CATHERINE CORTEZ
MASTO; ROSS MILLER; AND REX
REED,
Respondents.

No. 65114

**FILED**

APR 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order dismissing a civil rights action and denying injunctive relief. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Having considered the arguments in appellant's appeal statement and his opening brief, we discern no reversible errors within the challenged order.[1] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]The district court was not required to hold a hearing before rendering its decision. *See* EDCR 2.23(c).

cc: Hon. Kenneth C. Cory, District Judge
Renard Truman Polk
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A